IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:15-CR-283 |
| | ) | |
| v. | ) | (JUDGE Rambo) |
| | ) | |
| CURTIS WALDRON | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

FILED
HARRISBURG, PA
DEC 02 2015
MARIA E. ELKINS, CLERK
Per_____

### COUNT ONE

Beginning on or about a date unknown in January 2015 up to and including October 1, 2015, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**CURTIS WALDRON,**

did intentionally and knowingly unlawfully possess with the intent to manufacture and distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, at least

500 grams of a mixture and substance containing a detectable amount of cocaine HCL and at least 280 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack cocaine, both Schedule II controlled substances.

All in violation of Title 21, United States Code, Section 841(a) (1).

**THE GRAND JURY FURTHER CHARGES THAT:**

<u>COUNT TWO</u>

On October 2, 2015, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**CURTIS WALDRON,**

did intentionally and knowingly unlawfully distribute a mixture and substance containing a detectable amount of the following controlled substances: heroin, a Schedule I controlled substance, marijuana, a Schedule I controlled substance, and cocaine HCL, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section 841(a) (1).

A TRUE BILL

FOREPERSON, GRAND JURY

12/2/2015
DATE

PETER J. SMITH
UNITED STATES ATTORNEY