UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-1745
_____

UNITED STATES OF AMERICA

v.

CURTIS WALDRON,
                Appellant

_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal Action No. 1-15-cr-00283-001)
District Judge: Honorable Sylvia H. Rambo

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
March 6, 2018

Before: MCKEE, AMBRO, and RESTREPO, Circuit Judges

**JUDGMENT**

    This cause came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 6, 2018.

    On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated April 3, 2017, is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 28, 2018