**THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 1:15-CR-0283** |
| **Respondent** | : | |
| | : | |
| **v.** | : | **JUDGE RAMBO** |
| | : | |
| **CURTIS WALDRON,** | : | **MAGISTRATE JUDGE CARLSON** |
| **Petitioner** | : | |

## ORDER

**AND NOW,** this 11th day of February, 2021, upon consideration of Petitioner Curtis Waldron's *Unopposed Motion to Withdraw and Terminate Petitioner's Section 2255 Petition*, **IT IS HEREBY ORDERED** that Petitioner's *pro se* Section 2255 Petition **(Document 77)** and Petitioner's counseled Section 2255 Petition **(Document 103)** are hereby voluntarily withdrawn.  **IT IS FURTHER ORDERED** that the hearing scheduled for February 25, 2021, at 10:00 a.m. in cancelled and this matter is closed.

**BY THE COURT,**

  s/Sylvia H. Rambo
_____
**Martin C. Carlson**
**United States Magistrate Judge**